FILED

AUG 22 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DARWIN ANTONIO AREVALO MILAN, on his own behalf and on behalf of Others similarly situated,

Petitioner - Appellee,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; et al.,

Respondents - Appellants.

No. 25-4866

D.C. No.
5:25-cv-01207-JWH-PD
Central District of California,
Riverside

ORDER

The motion (Docket Entry No. 4) to stay appellate proceedings is granted. The briefing schedule is vacated.

This appeal is stayed until proceedings in *W.M.M. v. Trump*, No. 25-10534 (5th Cir.) are complete, including the disposition of any petition for a writ of certiorari.

The government must file a status report and motion for further relief within seven days after the mandate issues in *W.M.M. v. Trump*.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT