UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 29 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DARWIN ANTONIO AREVALO MILAN, on his own behalf and on behalf of Others similarly situated,

Petitioner - Appellee,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; et al.,

Respondents - Appellants.

No. 25-4866

D.C. No.
5:25-cv-01207-JWH-PD
Central District of California, Riverside

ORDER

The mandate issued in *W.M.M. v. Trump*, No. 25-10534 (5th Cir.) on August 20, 2026. The stay of proceedings in this appeal is therefore lifted.

The opening brief is due November 9, 2026. The answering brief is due December 9, 2026. The optional reply brief is due 21 days after the answering brief is served.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT